CAUSE NO: 01-14-00109-CV.

| | | |
|---|---|---|
| The State of Texas | § | IN The FIRST COURT of Appeals |
| V. | § | At HOUSTON, Texas |
| Jeffrey Steven MARX | § | Cause NO: 01-14-00109-CV. |
| | | Trial court cause NO: 4723 |

Motion To Dismiss FoR WANT of JuRisdiction.

Comes Now, Jeffrey Steven MARX TDCJ-ID No. 7166623, as Plaintiff and would so Reasons foR Request of Dismissal and would show the following:

I.

State of Texas wants case DRopped.

STATE of TEXas file Motion to Dismiss foR waNt of JuRisdiction on December 17, 2013, But the HONoRAble REBECA HUDDLE Refuses Motion oR DeNies it.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 11 2015

CHRISTOPHER A. PRINE
CLERK

II.

Court of Appeals wants to Dismiss.

ON 04-15-2014 ORdeR And Notice of INteNt to Dismiss was sent to Plaintiff, But Plaintiff overcame this Notice oNce Now oNce again Plaintiff is faced with Notice of intent to Dismiss, and Plaintiff has No Law LiBRARy that has Books in it and has a computeR that he caNNot Use and caN oNly Recieve 3 cases of Law peR-day and takes 24 to get these cases and caNNot get to the Law LiBRARy Most of the time Because of being oN mediem custody so its VERy haRd to Meet the couRts Demands, so foR this Reason Appeal Must Be Dismissed.

-/-
OVER-Next pg.

## III.
### TDCJ wants Appeal Dismissed

ON July 23, 2014 TDCJ put me into High Security for having legal matterials, (uniform commercial codes) stating that my name was on a form, they took all my legal books stating they did not have my name in them and even took my typewritter saying ownership questionable, when I had property papers and would not let me go to LAW LIBRARY.

## IV.
### Being tortured by TDCJ and inmates.

ON July 23, 2014 I was put in High Security for having legal materials that TDCJ outlawed but never gave me notice of such outlawed materdals, put me in a cell will an inmate named David Garlock which was bigger than me and He beat me up and Raped me many times over 6 months and told me that safe prisons officer M. Johnson wanted him to do this to me and to make me stop doing my legal work, but I kept trying doing the work while he was at work in the fields, so that didn't stop me and the A inmate Tron Chambers was placed in my cell next to do the same things to my at the request of safe prisons officer Johnson after three (3) sexuals I filed a grievance on him and they moved him and I now set in medium custody and am affraid to do anymore for fear of being killed or something. I cann't take anymore. TDCJ does not want me to be free.

## V

All I was trying to do was get the
court to give me what should have
been at the beginning of my trial.

I was only trying to get a suppression hearing on
my Illegal statement not be tortured, I'm sorry okay?
At my trial I should have had a suppression hearing
But, was not given one, I feel that the DA may have
called the estelle unit and Requested these things
done to me I'm not for sure, But I've Been in TDCJ
for 22 years and not until I started fighting this case
had I Been put into High security and Beaten and
sexually assaulted, when I went Before UCC I was
Laughed at and told there was no evidence of sexual
assault Because as they put it you swollowed it, Laughing
very hard and sent me back to my cell.

### PRAYER

So, for these Reasons stated above I pray and
Request Dismissal I can't take anymore.
(Please see Exhibits.) Sincerly Requested

MY God Bless you

MARYchrismas.

THANK you.

EXHIBITS

EXHIBITS

EXHIBITS

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## SAFE PRISONS/PREA PROGRAM

### Offender Notification Brochure

---

**Date: 10/23/2015**

**To:** Marx, Jeffrey #716623

**Subject:** OIG Case #2015.01616 / Incident # I-03466-03-15

On 3/12/2015, you made an allegation of sexual assault, which prompted a criminal investigation. That allegation resulted in the opening of a criminal case by the Office of the Inspector General (OIG).

The alleged suspect is Chambers, Tron.

According to information received from the OIG, it has been determined that the allegations are **Unsubstantiated.**

This document serves as your final notification if the above criminal case was determined unsubstantiated or unfounded. Following a substantiated case, you will only receive subsequent notification(s) following the suspect assailant indictment or conviction on the related charge. If you need assistance understanding the information contained in this brochure, you may contact the Safe Prisons/PREA Manager on your unit.

Cassandra McGilbra
Safe Prisons/PREA Program Manager

Cc: File

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## SAFE PRISONS/PREA PROGRAM

### Offender Notification Brochure

---

**Date: 10/23/2015**

**To:** Marx, Jeffrey #716623

**Subject:** OIG Case #2015.01615 / Incident # I-03466-03-15

On 3/12/2015, you made an allegation of sexual assault, which prompted a criminal investigation. That allegation resulted in the opening of a criminal case by the Office of the Inspector General (OIG).

The alleged suspect is Chambers, Tron.

According to information received from the OIG, it has been determined that the allegations are **Unsubstantiated**.

This document serves as your final notification if the above criminal case was determined unsubstantiated or unfounded. Following a substantiated case, you will only receive subsequent notification(s) following the suspect assailant indictment or conviction on the related charge. If you need assistance understanding the information contained in this brochure, you may contact the Safe Prisons/PREA Manager on your unit.

---

Cassandra McGilbra
Safe Prisons/PREA Program Manager

Cc: File

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## SAFE PRISONS/PREA PROGRAM

### Offender Notification Brochure

---

**Date: 10/23/2015**

**To:** Marx, Jeffrey #716623

**Subject:** OIG Case #2015.01617 / Incident # I-03466-03-15

On 3/12/2015, you made an allegation of sexual assault, which prompted a criminal investigation. That allegation resulted in the opening of a criminal case by the Office of the Inspector General (OIG).

The alleged suspect is Chambers, Tron.

According to information received from the OIG, it has been determined that the allegations are **Unsubstantiated**.

This document serves as your final notification if the above criminal case was determined unsubstantiated or unfounded. Following a substantiated case, you will only receive subsequent notification(s) following the suspect assailant indictment or conviction on the related charge. If you need assistance understanding the information contained in this brochure, you may contact the Safe Prisons/PREA Manager on your unit.

---

Cassandra McGilbra
Safe Prisons/PREA Program Manager

Cc: File

12-06-2015

TO: First Court of Appeals
301 FANNIN Street.
Houston, TX 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 11 2015

CHRISTOPHER A. PRINE
CLERK

RE: Cause No: 01-14-00109-CV

Dear Clerk

Please give this motion to the court
and have them Rule on it for me
Please.

THANK YOU.

NAME Jeffery Mark

TDC# 1116623

ESTELLE UNIT

264 FM 3478

HUNTSVILLE, TX 77320

Legal Mail

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 11 2015

CHRISTOPHER A. PRINE
CLERK

Court of Appeals, First District

Att: Christopher A. Prine

301 Fannin Street

Houston, TX 77002-2066

77002206699

FOREVER USA